**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER WITHDRAWING MEDIATION ORDER

Appellate case name:     Grant Wilson, Hang Trinh "Ellie" and Gramen Farm LLC v. Huyen Nguyen

Appellate case number:   01-13-00569-CV

Date motion filed:        August 6, 2013

Type of Motion:           Objection to Mediation

Party filing motion:      Appellee

Trial court case number:  1004799

Trial court:              Co Civil Ct at Law No 1 of Harris County

It is **ORDERED** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated July 29, 2013.

Judge's signature:   /s/ Judge Bland
                         x  Acting individually

Date:   August 14, 2013[i]

---

[i]   Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).